881 A.2d 1266

Trola MOORE, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Sept. 28, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of September, 2005, the order of the Commonwealth Court is AFFIRMED.